Local AO 442 (Rev 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

AUG − 4 2016

DISTRICT OF NORTH DAKOTA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   1:16-cr-192-003 |
| Eric Marcel Turner aka "Marcel" | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Eric Marcel Turner aka "Marcel" _____
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances;
Distribution of Controlled Substances;
Money Laundering Conspiracy;
Forfeiture Allegation; and
Aiding and Abetting

Date:   08/04/2016

*/s/ Jeanene Thompson*
*Issuing officer's signature*

City and state:   Bismarck, ND

Jeanene Thompson, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 08·04·2016, and the person was arrested on *(date)* 09·14·2016 at *(city and state)* RICHLAND COUNTY . |
| Date: 09·14·2016                    *Arresting officer's signature*  K.S. CAREAGA  *Printed name and title* |